

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 5, 2026

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:**   *Garth O'Connor v. Mullin, et al.*, 26 Civ. 4328 (PAE)

Dear Judge Engelmayer:

This office represents the respondents (the "Government") in the above-referenced habeas corpus action, in which Petitioner challenges their detention by U.S. Immigration and Customs Enforcement ("ICE"). I write respectfully, with Petitioner's consent, to request permission to file redacted documents regarding medical information belonging to Petitioner's family and friends. Consistent with this Court's Individual Rules, these unredacted versions of these documents will be filed under seal on ECF and electronically related to this letter motion.

The government respectfully submits that redacting is appropriate notwithstanding the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), in light of the privacy interests of individuals in their medical records. *See, e.g., Barnwell v. FCI Danbury*, No. 10 Civ. 01301 (DJS), 2011 WL 5330215, at *5 (D. Conn. Nov. 3, 2011) (noting a rebuttable presumption of openness of court filings but granting motion to seal in light of federal law's treatment of such records as confidential pursuant to the Health Insurance Portability and Accountability Act of 1996, Pub. L. 104-191 (1996)). Courts in this District have permitted the sealing of medical records, even if specific details relating to the individual's health appear on the record. *See, e.g., United States v. Needham*, 460 F. Supp. 3d 323, 324 n.1 (S.D.N.Y. 2020); *United States v. Estevez*, No. 18 Cr. 669 (JPO), 2020 WL 1911207, at *1 (S.D.N.Y. Apr. 20, 2020).

I thank the Court for its consideration of this request.

Respectfully submitted,
JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _/s/ Mallika Balachandran_____
MALLIKA BALACHANDRAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 8, 2026
       New York, New York