UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARTH O'CONNOR,

Petitioner,

-v-

MARKWAYNE MULLIN *et al.*,

Respondents.

26 Civ. 4328 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Dkt. 1, and to assure that the Court's review is comprehensive and up to date, the Court asks the parties by Wednesday, August 26, 2026, each to submit a letter updating the Court on any factual developments or apposite case law since petitioner's reply.

The parties' letters should specifically address (1) the status of any appeal by the petitioner of the IJ's denial of bond, *see* Dkt. 8 at 8 n.3, and (2) whether the facts of this case are materially distinguishable from those in this Court's decision in *Albert Mathieu v. Department of Homeland Security*, 26 Civ. 4630 (PAE), (S.D.N.Y. June 17, 2025).

Dated: August 17, 2026
New York, New York

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge